James Couri Debtor Pro Se
78365 Highway 111 (Ste. 322)
La Quinta, CA 92253
760-346-2808

FILED
AUG 15 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re

JAMES C. COURI,

    Debtor.

Case No. 6:14-bk-12555-WJ
    (& all affiliated Adv. Proc.s)
Chapter 7

**DECLARATION OF JAMES COURI, SELF-REPRESENTED, SEEKING IMMEDIATE STAY OF ALL PROCEEDINGS DUE TO STAGE FOUR CANCER, ETC.**

Date: August 21, 2014
Time: 1:30 PM
Courtroom 304

James Couri Chapter 7
6:14-bk-12555-WJ

James Couri being duly sworn declares as follows:

1. I am the Debtor, not a lawyer, and am self-represented herein. I make this Declaration seeking an immediate Stay of all proceedings in this Case for the following reasons. (An out of state lawyer who is an old friend has assisted me in the preparation of this Document and my Motion to the New York Appellate Division 1st Dept).

2. I filed the Petition on 2-28-14 in an attempt to consolidate two Cases in New York Supreme Court involving Claims against a John Siebert and his PC (collectively "Siebert"). I have been seriously ill and under constant medical attention for many years and have chronic cardiac disease and arterial blockages with 8 stents. I have been in cancer treatment since 2006 for stage four melanoma cancer. I have presented this Court with evidence of these medical issues. I have not been able to travel since 2008. I undergo PET-CT Scans every three months to monitor any progression of cancer.

3. On June 2, 2014 a Pet-CT Scan revealed active and recurring stage four melanoma cancer. On or about June 27, 2014 I underwent surgery to remove one tumor which further confirmed stage four cancer. These Medical Records are before the Court. I am now undergoing highly toxic Chemo-Infusion Cancer Treatments which have a debilitating effect on my physical and mental capacities. On Aug 11, 2014 I wrote a letter to the Court, attached here explaining these matters in detail. I also have a Motion pending to Dismiss this Case as I am gravely ill and self represented. The Siebert activity is a vendetta for my aiding in the

1

exposing of Siebert as a perjurer, a morally unfit doctor, a sex pervert and a thief. Siebert admits that he owes me a fortune and simply has avoided paying his obligations for years by hiring shady lawyers to intimidate and extort me and his other victims that Siebert has robbed and-or sexually abused.

4. It is now clear that I am not physically or mentally able to represent myself as a result of my cancer treatment and I require time to undergo treatment and additional surgeries.

5. Further to that, I have requested a Dismissal of this Case outright. Other than my Claims against Siebert, this is a "no asset case". I had hoped that the Siebert matters would be Removed to this Court in the interest of Justice, for resolution. Siebert has his own agenda and I cannot focus on these matters while facing death. I surely cannot travel to New York.

6. As far as I am concerned, Siebert is a nationally known thief and "morally unfit" pervert. He has been exposed as a narcotics salesman, a morally-unfit doctor and a pedophile. No legitimate hospital on the planet would have him on staff even as a porter. Siebert has admitted to abusing sexually and financially many patients and others. He has been evicted out of many medical offices and fired by every hospital affiliation he ever had in NY. Siebert's list of vocal Victims has grown and Siebert's attempt to "gag" them has not been successful. Siebert has been literally thrown on the street by landlords Brown Harris Stevens and others. The man is a menace, a disgrace and a sociopath whose day of reckoning is yet to

come. I need time to regain my physical strength and mental clarity in order to protect my rights and seek justice. I am presently severely debilitated and unable to function properly.

7. Accordingly, I ask that this Court Stay these matters to allow me to deal with my medical care.

8. The fact is Siebert is not a bona-fide creditor here and his Adv-Proc is replete with self-serving lies without any evidence other than an incorrect list of sums supposedly paid to companies (none to me) that Siebert was a control person and who were Released. Siebert is listed in the Petition as a "disputed creditor"; his claim as "creditor" I have disputed with Evidence.

9. The "Remanding" to NY Court of the Siebert matters where Siebert has no nexus and where I cannot even remotely defend myself or prosecute my claims would be a gross miscarriage of justice and have a devastating negative effect on me and the legitimate Creditors of this Bankruptcy.

10. I ask that the Court Stay any determination on the Siebert Remand Motion until my medical situation is resolved and my "Objections to the Siebert Claims" resolved or this Case is Dismissed. I also need the time to try to seek the retention of legal counsel as the entire Siebert situation gives rise to very serious concern.

11. The US Bankruptcy Court is not supposed to be used as a platform by a admitted and proved liar "Siebert" to engage in trickery, vendettas, retaliation, perjury and extortion of a debtor in a no asset case while scheming to avoid paying his obligations.

12. One cam only ask why lawyer Richardson would file a false Adv. Proc. and other Documents without any basis in fact or law, and that are simply "made-up" to defend Siebert, a disgraced doctor and an admitted predator who was "evicted" out of New York and Suspended as a doctor for abusing patients and worse. Lawyer Richardson's Adv. Proc. is replete with lies and hearsay, and continues to paper-blitz to harass and annoy an ill, 75-year old bankrupt. Would not a Hearing to establish the truth be in order when I am physically and mentally able to protect myself?

13. I recently Filed a Motion at the App Div 1st Dept. in NY seeking an enlargement of time to perfect my Appeal in Case # 107240-04 of the JSC Wooten Decision of 12-24-13, the foundation of the supposed "Inquest" on Siebert's "counterclaims". The fact is Siebert's "counterclaims" were released, and barred by Statute of Limitations in a Dismissed Case, and belied by the evidence. (See CPLR 3404, NY Courts).

14. The fact is that the JSC Wooten 12-24-13 Decision is so flagrantly unjust that if the Case is Remanded, I have a friend who will aid me in a Motion for a Stay of any Activity or "Railroading-Inquest" pending the outcome of my Appeal.

15. I apologize for not being able at this time to function in a Court setting and defend myself.

WHEREFORE: I respectfully ask this Court for a Stay of all proceedings for at least 90 days as I am self represented and cannot properly or at all defend myself due to mental and physical incapacitation caused by stage four cancer treatment of highly toxic chemo-therapy; and I respectfully ask this Court to Stay any Decision on "Remand" so that it can be proved that Siebert is not a Creditor in this Case and that the Siebert-Richardson Adv. Proc. is a retaliatory scam replete with outright lies.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct to the best of my knowledge information and belief.

Dated: Aug. 14, 2014, La Quinta CA

_____
James Couri

# JAMES COURI

78365 Highway 111, Suite 322, La Quinta, CA 92253 . 760-346-2808

August 11, 2014

The Honorable Wayne E. Johnson
US Bankruptcy Court
3420 Twelfth Street (Suite 345)
Riverside, CA 92501-3819

Re: Chapter 7 Bankruptcy (Debtor James Couri)                    Via: FedEx
    Case 6:14-bk-12555-WJ, Adv. Proc. 6:14-ap-01143-WJ, etc.

Ref: Hearing Date


Dear Judge Johnson:

I am undergoing very toxic and debilitating Chemo-Infusion treatment at UCLA. The effects of the drugs have resulted in my mental and physical abilities being adversely impacted. One of the drugs I am being administered is "Yervoy-Ipilimumab". As the Court knows, I also suffer from severe coronary artery disease with eight stents, COPD, lung metastasis and metastasis to lymph nodes and chronic gastro-intestinal dysfunctions due to the removal of my esophagus as a result of dysplasia. Presently, I am struggling to walk and am in constant pain. My cancer treatment will be ongoing for a long time with probable surgeries as well.

Accordingly, and since I am self-represented, I respectfully ask the Court if the Hearing scheduled for Aug. 21, 2014 can be adjourned to September 2, 2014 at 10:30AM when Motions for "Dismissal due to health" and "Objection to Siebert and PC Claims" are to be heard. Hopefully by then I will be able to function a little better. Presently, I am physically having great difficulty and experiencing mental disorientation. Traveling even short distances and attempting to partake in any Court contested matters would be an impossible task for me due to the gravity of my medical circumstance. Much of my medical issues have been revealed to the Court by Hospital Records, Surgery and Biopsy Reports, Pet-Ct Scan Reports and Doctor Affidavits.

I thank the Court for its understanding of my situation.

                                                            Respectfully,

                                                            James Couri


cc: D. Richardson Esq.


EXHIBIT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
78365 Hwy 111 La Quinta CA 92253

A true and correct copy of the foregoing document entitled (specify): _Non Consent Declaration_
_to stay Bankruptcy proceeding due to Stage IV Cancer_

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _8-14-14_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

P. Cadson
333 South Hope Street (35th fl)
Los Angeles CA 90071

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _8-14-14_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon W. Johnson
Bankruptcy Court (Ste 345)
3420 12th ST
Riverside CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_8-14-14_  _Nayan P. Ghelani_  _[signature]_
Date        Printed Name         Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE